# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-07-00338-CR

**Sean Lee McIntosh, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 06-7423-1, HONORABLE SUZANNE BROOKS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Counsel's motion to permanently abate this appeal because of the death of appellant is granted. *See* Tex. R. App. P. 7.1(a)(2).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Permanently Abated

Filed:   July 13, 2010

Do Not Publish